McGREGOR W. SCOTT
United States Attorney
RUSSELL L. CARLBERG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748



FILED

MAR 2 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEALED APPLICATION AND AFFIDAVIT IN THE MATTER OF THE SEARCH OF 1841 HARDY DRIVE WOODLAND, CA 95776 | CR. NO. 2:07-SW-321 KJM<br><br>Application For Order Unsealing the Application and Affidavit in Support of Search Warrant; [Proposed] Order |

TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE JUDGE:

COME NOW Russell L. Carlberg, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On October 24, 2007, the Honorable United States Magistrate Judge Kimberly J. Mueller issued an order sealing the Application and Affidavit in Support of Search Warrant in the above-referenced case.

2. On or about October 29, 2007, federal agents executed the search warrant at the above-captioned address.

3. It is in the interests of the public and the efficient

1 administration of justice to unseal the application and affidavit in
2 this case because an indictment has been returned.
3 THEREFORE, your petitioner prays that the aforesaid application
4 and affidavit be unsealed and made part of the public record.

Dated: March 27, 2008

Respectfully submitted,

McGREGOR W. SCOTT
U.S. ATTORNEY

by: /s/ Russell L. Carlberg
RUSSELL L. CARLBERG
Assistant U.S. Attorney

[PROPOSED] ORDER

THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in case No. 2:07-SW-321 KJM be unsealed and made part of the public record.

DATED: March 27, 2008

/s/ Edmund F. Brennan
HON. EDMUND F. BRENNAN
United States Magistrate Judge